RECEIVED
OCT 1 4 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ERIC WILLIS** | : | **DOCKET NO. 2:05-cv-829**<br>Section P |
| **VS.** | : | **JUDGE MINALDI** |
| **BURL CAIN, WARDEN** | : | **MAGISTRATE JUDGE WILSON** |

## O R D E R

Currently before the court is a "Motion for Extension of Time" [doc. 7] filed by *pro se* petitioner, Eric Willis. By this motion, the petitioner seeks additional time to comply with the court's order requiring him to amend his petition and provide copies of his state court proceedings.

A review of the docket sheet reveals that shortly after filing this motion, the petitioner filed a response to the court's order to amend and attached all of the state court documents in his possession. Accordingly,

IT IS ORDERED that the motion be DENIED as moot.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 14th day of October, 2005.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE