RECEIVED
IN LAKE CHARLES, LA

MAY - 3 2006


ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **ERIC WILLIS (La. Doc. No. 212251)** | **CIVIL ACTION NO. 05-0829-LC** |
| **VS.** | **SECTION P** |
| **BURL CAIN, WARDEN** | **JUDGE MINALDI** |
| | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the Report and Recommendation is correct under the applicable law;

**IT IS ORDERED** that the instant petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** as procedurally defaulted.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles Louisiana, on this 2 day of May, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE